**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 78 EAL 2020

Respondent

v.

THOMAS TINSLEY,

Petitioner

: Petition for Allowance of Appeal
: from the **Unpublished**
: **Memorandum and Order** of the
: Superior Court at No. 431 EDA 2016
: entered on December 16, 2019,
: **affirming** the Order of the
: Philadelphia County Court of
: Common Pleas at No. CP-51-CR-
: 0011849-2013 entered on January
: 21, 2016

## ORDER

**PER CURIAM**

    **AND NOW**, this 13th day of May, 2021, the Petition for Allowance of Appeal is **GRANTED**, the Superior Court's order is **VACATED**, and this matter is **REMANDED** to the Superior Court for remand to the trial court with instructions to grant Petitioner's motion to dismiss the pending firearms charges. *See Commonwealth v. Johnson*, ___ A.3d ___, 2021 WL 1133029, at \*6 (Pa. filed Mar. 25, 2021) (holding that "the Commonwealth must generally assure that known offenses are consolidated at the common pleas level, when they arise out of single criminal episode and occur in the same judicial district").